IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLEY KRISTA SAIZ,

    Plaintiff,

v.                                          Civ. No. 22-0742 DHU/KK

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER FOR SERVICE OF PROCESS

THIS MATTER is before the Court pursuant to 28 U.S.C. § 1915(d).  It appearing to the Court that Plaintiff is proceeding under 28 U.S.C. § 1915 and that personal service of the summons and complaint is required, the United States Marshal shall serve the summons and complaint personally on Defendant as directed by the Clerk.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE